AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Karen M. Tucker<br>*Defendant* | )<br>)<br>)  Case No. 10-964-MBB<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Karen M. Tucker                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud in violation of 18 U.S.C. 1343 and aggravated identity theft in violation of 18 U.S.C. 1028A between December 2007 and July 2010

Date: 07/22/2010  @ 9:20 AM

City and state:     Boston, Massachusetts

*Issuing officer's signature*

MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____ . |
| Date: _____ |
| _____<br>*Arresting officer's signature* |
| _____<br>*Printed name and title* |

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Karen M. Tucker

Known aliases: Kay Tucker, Jamie Edwards, Melissa Hernandez, Karen M. Muntzing

Last known residence: 434 Fernhill Ave., Pittsburgh, Pennsylvania

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: 412-628-5970

Place of birth: Maryland or Philadelphia

Date of birth: April 1, 1963

Social Security number: 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

Height: 5'8"                                        Weight: 122

Sex: Female                                        Race: White

Hair: Brown, red, or blonde                        Eyes: Blue

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: Mark Tucker, husband, same address as above

FBI number: 823772AA2

Complete description of auto: 1998 Nissan station wagon, color unknown, PA license plate HDN 3393

Investigative agency and address: FBI, One Center Plaza, Boston, MA
Boston Police Department, One Schroeder Plaza, Boston, MA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____