UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 10-964-MBB |
| ) | |
| KAREN M. TUCKER,   ) | FILED UNDER SEAL |
| Defendant   ) | |

## GOVERNMENT'S MOTION TO AMEND THE JS45

The United States Attorney hereby respectfully moves the Court to amend the JS-45 in this matter with the one attached to this motion. The amended JS-45 includes the magistrate judge case number for an earlier application for historical cell-site information, which was inadvertently omitted from the JS-45 filed earlier. The search warrant case numbers remain the same and are reflected on both JS-45s.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Scott L. Garland
Scott L. Garland
Assistant U.S. Attorney

*July 26, 2010. Allowed. Marianne B. Bowler, USMJ*