# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                                    |   |                          |
|------------------------------------|---|--------------------------|
| **UNITED STATES OF AMERICA**       | \| |                          |
| v.                                 | \| | No. 1:2010-mj-00964-MBB-1 |
| **KAREN M. TUCKER,**               | \| |                          |
|     **Defendant.** | \| |                      |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Jeffrey A. Denner as counsel of record in the above-captioned matter on behalf of the defendant, Karen M. Tucker.

Dated: August 12, 2010

Respectfully submitted,
KAREN M. TUCKER
By and through his attorneys,

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner, BBO#120520
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
jdenner@dennerpellegrino.com

### Certificate of Service

I, Jeffrey A. Denner, hereby certify that on this the 12th day of August 2010, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing *Notice of Appearance* by virtue of transmitting the same to the Court via the CM/ECF system.

 /s/ *Jeffrey A. Denner*
Jeffrey A. Denner