# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:2010-mj-00964-MBB-1 |
| **KAREN M. TUCKER,** | |
| **Defendant.** | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of R. Bradford Bailey as counsel of record in the above-captioned matter on behalf of the defendant, Karen M. Tucker.

Dated: August 17, 2010

Respectfully submitted,
KAREN M. TUCKER
By and through his attorneys,

 /s/ *R. Bradford Bailey*
R. Bradford Bailey, BBO#549749
DENNER♦PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts 02114
Tel.:   (617) 227-2800
Fax:   (617) 973-1562
bbailey@dennerpellegrino.com

### Certificate of Service

I, R. Bradford Bailey, hereby certify that on this the 17th day of August 2010, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing *Notice of Appearance* by virtue of transmitting the same to the Court via the CM/ECF system.

 /s/ *R. Bradford Bailey*
R. Bradford Bailey