# ARREST REPORT

| BKG NO | U.Q | LOC BKG | DR LIC NO | STATE | SEX | EVID RPT | CRIME RPT |
|---|---|---|---|---|---|---|---|
| 7967990 | | 4279 | NONE | | N | | |

**ARRESTEE'S LAST NAME** / FIRST / MIDDLE / SUF

MUNTZING    KAREN    MARIE

| DR | 85-1506820 | LA | 2033 259 M |
|---|---|---|---|
| | | | NONE |

**ADDRESS** NO / STREET / CITY / STATE

CA

| CII | |
|---|---|

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|---|---|---|---|---|---|---|---|
| F | W | BRO | BLU | 508 | 140 | | 21 |

| MAIN | | FBI |
|---|---|---|

| VEH LIC NO | STATE | R.D | AKA, LAST — FIRST — OR NICKNAME |
|---|---|---|---|
| | | 1589 | |

## ADMONITION OF RIGHTS (WHEN APPLICABLE)

THE FOLLOWING STATEMENT WAS READ TO THE ARRESTEE:
"YOU HAVE THE RIGHT TO REMAIN SILENT. IF YOU GIVE UP THE RIGHT TO REMAIN SILENT, ANYTHING YOU SAY CAN AND WILL BE USED AGAINST YOU IN A COURT OF LAW. YOU HAVE THE RIGHT TO SPEAK WITH AN ATTORNEY AND TO HAVE THE ATTORNEY PRESENT DURING QUESTIONING. IF YOU SO DESIRE AND CANNOT AFFORD ONE, AN ATTORNEY WILL BE APPOINTED FOR YOU WITHOUT CHARGE BEFORE QUESTIONING."
THIS ADMONITION WAS READ TO THE ARRESTEE BY

NAME  E. W_____    SERIAL NO. 11914

| BIRTHPLACE (CITY / STATE) | PROB. INV. UNIT | JUV. DETAINED AT | AB CHG |
|---|---|---|---|
| MARILAND | 29 | | N |

| DIVISION AND | DETAIL ARRESTING | DATE ARRESTED | TIME ARR. | TIME BKD |
|---|---|---|---|---|
| 4209 | W | 022585 | 1400 | 1650 |

| LOCATION OF ARREST | BAIL (INCL P.A.) |
|---|---|
| 550   UNIV PLAZA | 1000.00 |

| TYPE / CHARGE & CODE | DEFINITION | WARRANT NO |
|---|---|---|
| F 470PC | FORGERY | |

**ADDITIONAL CHARGES** (ON ADDL MARKS LIST NO., COURT, AND BAIL, INCL. P.A.)

| SOCIAL SECURITY NO. |
|---|

| ARRAIGN DATE | TIME | COURT | LOCATION CRIME COMMITTED | R.D | RESIDENCE PHONE NO. |
|---|---|---|---|---|---|
| | | | SAA | 1589 | ___6589 |

**EMPLOYER/SCHOOL**  NATIONAL PROMOTOR

**OCCUPATION/GRADE**  PROMOTER       **PHY. ODD**  N/V

**CLOTHING WORN**  BLK DRESS BLK SHOES

| EXACT LOCATION/DISPOSITION ARRESTEE'S VEHICLE |
|---|

**LIST CONNECTING RPTS BY TYPE & IDENTIFYING NOS**

W.D. RPT, SAME DR

**VEHICLE USED** ( YEAR, MAKE, MODEL, TYPE, COLORS, LIC. NO., ID MARKS)

| PASS/HGERS H | F |
|---|---|

**COMPLAINTS / EVID OF ILLNESS / INJ - BY WHOM TREATED**

NONE

**DRIVING VEH (DIRECTIONS & NAME OF STREET) AT OR BETWEEN STREETS**

## INVOLVED PERSONS   Code:

V: VICTIM   W: WITNESS   P/A: ARRESTING/PRIVATE PERS   R: PERSON RPTG   459: S / D: PERSON SECURING / PERSON DISCOVERING   JUV: P / G: BOTH PARENTS / GUARDIAN

| | NAME | V & WS | SEX/DESC. | DOB | ADDRESS | CITY | ZIP | PHONE | DAY | X |
|---|---|---|---|---|---|---|---|---|---|---|
| V | SHERATON PREMIERE HOTEL | | | | | UNIVERSAL CITY | | ___-2500 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

## COMBINED CRIME REPORT

IF MULT ARRESTEES THIS SECTION & ABOVE CRIME RPT, CHECK BOX IS COMPLETED ON ONLY ONE FACE SHEET

| TYPE OFFENSE | VICT'S OCCUPATION |
|---|---|

| DATE AND TIME CRIME OCCURRED | TYPE PROPERTY | TOTAL $ | EST. DAMAGE $ | TYPE PREMISES |
|---|---|---|---|---|

| 459/TFV ONLY - POINT AND METHOD OF ENTRY | WEAPON/FORCE/INSTRUMENT USED | TFV/BFV ONLY - VICT'S VEH (YR, MAKE, TYPE, LIC) |
|---|---|---|

**MO (UNIQUE ACTIONS)**

## COMBINED EVID. RPT

USE THIS SECTION IN LIEU OF PROPERTY REPORT IF ONLY ONE ARRESTEE, NO GUN, AND NO MORE THAN 3 ITEMS OF EVID.

| LOC. EVID. BKG. | TD ID GIVEN? Y / N | Preliminary Drug Test | SUPV. / INV. OF CR. TESTING | SER. NO | WITNESS OF CR | SER. NO |
|---|---|---|---|---|---|---|

| ITEM | QUAN | ARTICLE | SERIAL NO. / TYPE TEST OF DRUG | BRAND / DRUG WEIGHT UNITS | MODEL NO. / DRUG TEST RESULT | MISC. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **APPROVAL / REPORTING OFFICERS** | SUPERV APPROVING REPORT  ___ | SERIAL NO. 1107 | REPORTING OFFICER(S)  E. W___ | SERIAL NO. 11914 | DIV. & DETAIL  OVB-FORG | VACATION  2-17-85 |
| | DATE/TIME REPRODUCED  2-26-85 | DIV. 09 | CLERK  R. R___ | (P.P. ARREST - OF CR. BKG. EVID. IF LISTED ON THIS PAGE)  OVB-FORG | | |

## JUVENILE DISPO. Petition Request:

☐ DETAINED   ☐ RELEASED   ☐ NON- BOOK   ☐ NON- BOOK & WARR.

| INVEST. OF CR. | SERIAL # | DIV. |
|---|---|---|

**FINAL CHARGE, IF DIFFERENT THAN ORIGINAL (SECTION, CODE & DEFINITION)**

**IF REFERRED, AGENCY & PERSON ACCEPTING REFERRAL**

| PROPERTY BOOKED?  Y  N |
|---|
| IF YES, ID § COMPLETED?  Y  N |

| SUPERVISOR APPROVING | SERIAL NO. |
|---|---|

| JUV. COORD REVIEWING | SERIAL NO. |
|---|---|

| 11 ☐ C & R | 13 ☐ EXON INNOCENT | 04 ☐ CYA | 16 ☐ JUV. TRAF. MISD. | 18 ☐ DPSS |
|---|---|---|---|---|
| 17 ☐ ACTION SUSP. | 17 ☐ REL INSUF. EVID | 03 ☐ PROBATION | 17 ☐ FIRE DEPT. | ☐ OTHER. |
| 14 ☐ PROVED ADULT | 0 ☐ COMMUNITY SERVICE | 05 ☐ OTH. LAW ENF. AGENCY | 10 ☐ DEPT. MENTAL HEALTH | |

| DATE / TIME DISPO. REPROD | DIV. / CLERK |
|---|---|

LAPD 05.02.0 (3/84)

## ARREST REPORT

299 APR 24 1985

CONTINUATION SHEET

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | | | | BOOKING NO. | DR NO. |
|---|---|---|---|---|---|---|
| 2 | ARREST | | | | 796 7890 | 85-1506820 |
| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |

SOURCE OF ACTIVITY

ON 2-25-85 I/O WAS CONTACTED BY WIT#1 (L___ _____)
SECURITY DIRECTOR FOR SHERATON PREMIERE HOTEL
IN UNIVERSAL CITY. WIT#1 STATED THAT IN THE EARLY
MORNING HOURS OF 2-25-85 A FEMALE RENTED A 3 ROOM
SUITE ON 20TH FLOOR AT $720ºº/DAY PLUS ANOTHER
ROOM ON 19TH FLOOR AT $200ºº/DAY. FEMALE ADVISED
DESK CLERK, T___ S_____, THAT SHE WANTED BILL
CHARGED TO HER AMERICAN EXPRESS BUSINESS ACCOUNT.
FEMALE DID NOT PRESENT A CREDIT CARD BUT GAVE CLERK
ACCT # _____OOD. FEMALE AND SEVERAL OTHER
MEMBERS OF HER GROUP THEN OCCUPIED ROOMS.

HOTEL EMPLOYEES, DURING COURSE OF BUSINESS, THEN
CONTACTED AMERICAN EXPRESS TO VERIFY ACCT. AMERI-
CAN EXPRESS INDICATED THAT ABOVE ACCT. NO. WAS NOT
ASSIGNED TO KAREN MUNTZING (NAME SIGNED ON INVOICE)
WIT#1, LATER SAME DATE, WAS CONTACTED BY C_____
B_____ WHO STATED THAT SHE WAS EMPLOYED BY
A CLOTHING STORE IN WEST HOLLYWOOD (PLUNKET KEYS)
WHERE SHE ACCEPTED OVER $10,700 IN N.S.F. CHECKS FROM
A FEMALE NAMED KAREN MUNTZING. THESE CHECKS
WERE PAYMENT FOR CLOTHING AND COSTUME JEWEL-
RY AND WERE ISSUED OVER A TWO DAY PERIOD (2-22/3-85).

OBSERVATIONS

I/O THEN CONTACTED AMERICAN EXPRESS REGARDING
ABOVE ACCT #. I/O WAS ADVISED BY SECURITY SECTION
THAT ACCT # WAS ASSIGNED TO J. C_____ P_____
OF ATLANTA, GEORGIA WHO WAS STILL IN POSSESSION OF
HIS CARD AND HAD NOT GIVEN ANYONE PERMISSION TO USE
HIS ACCT NUMBER. I/O AND HIS PARTNER, DET. R. R_____,
RESPONDED TO SHERATON PREMIERE HOTEL WHERE THEY
WERE MET BY WIT#1. WIT#1 THEN INTRODUCED DETS. TO
C_____ B_____ (PLUNKET KEYS STORE) WHO HAD COME
TO HOTEL IN AN EFFORT TO RECOVER HER MERCHANDISE.
WHILE DETS. WERE INTERVIEWING MS. B_____, A FEMALE
ENTERED HOTEL LOBBY WHO MS. B_____ RECOGNIZED

CONTINUE ON REVERSE SIDE.

CONTINUATION SHEET

Los Angeles Police Department                    **CONTINUATION SHEET**

| PAGE NO. | TYPE OF REPORT | | | | | BOOKING NO. | D.R. NO. |
|---|---|---|---|---|---|---|---|
| 3 | ARREST | | | | | 7967990 | 85-1506820 |

| ITEM NO. | QUAN. | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

AS KAREN MUNTZING. DETS APPROACHED FEMALE, AND AFTER IDENTIFYING THEMSELVES, ASKED HER TO ACCOMANY THEM TO SECURITY OFFICE. AT THIS TIME FEMALE IDENTIFIED HERSELF AS KAREN MUNTZING, PRESIDENT OF NATIONAL PROMOTIONS OF COMMERCE CITY, COLORADO. I/O ADVISED MUNTZING OF FORGERY INVEST. INVOLVING FRAUD USE OF AMERICAN EXPRESS ACCT # AND ISSUANCE OF N.S.F. CHECKS AND ADMONISHED HER OF HER CONST. RIGHTS. AFTER WAIVING HER RIGHTS DEFT. MUNTZING ADMITTED ISSUING 3 CHECKS TO PLUNKET KEYS KNOWING THAT THERE WERE INSUFFICIENT FUNDS IN HER ACCOUNT AT TIME. DEFT ADDED THAT SHE HOPED TO COVER THE AMOUNT ($10,774.50) BEFORE CHECKS REACHED BANK IN PHILADELPHIA, PA. DEFT ADDED THAT CLOTHING THAT SHE HAD PURCHASED WITH CHECKS WAS IN HER SUITE AND SHE WOULD ALLOW DETS TO RETRIEVE ITEMS. WITH RESPECT TO AM. EXPRESS ACCT# DEFT CLAIMED THAT NUMBER BELONGED TO HER BUSINESS — NATIONAL PROMOTIONS. DETS, ALONG WITH W#1 AND C███████ B██████████, THEN ACCOMPANIED DEFT TO HER SUITE WHERE CLOTHING AND OTHER MERCHANDISE WERE RECOVERED. ITEMS WERE PHOTOGRAPHED AND THEN RELEASED TO MS. B███████

AT THIS POINT DEFT ADVISED I/O THAT THE AM. EXPRESS ACCT. # BELONGED TO HER FORMER FRIEND, J██ C████ P███████ OF ATLANTA, GEORGIA. DEFT ADDED THAT P███████ HAD ALLOWED HER TO USE HIS ACCT.# ON NUMEROUS PREVIOUS OCCASIONS. DEFT ALSO STATED THAT SHE AND P████████ HAD BEEN INVOLVED IN AN AFFAIR WHICH TERMINATED IN SEPT. 1984. SHORTLY AFTER THIS CONVERSATION I/O RECEIVED PHONE CALL FROM MR. P████████ MR. P████████ INFORMED I/O THAT HE DID NOT KNOW DEFT AND HAD NEVER ALLOWED HER TO USE HIS ACCOUNT#. MR. P████████ ALSO STATED THAT HE HAD ASSISTED A YOUNG LADY WITH REGISTRATION AT MARRIOTT HOTEL IN BETHESDA, MARYLAND ON OR ABOUT 8-29-84. DURING HIS CONVERSATION WITH HER HE DISCLOSED CERTAIN PERSONAL FACTS TO HER SUCH AS HIS OCCUPATION AND FINANCIAL SITUATION. MR. P████████ STRONGLY DENIED ANY TYPE OF AFFAIR WITH

CONTINUE ON REVERSE SIDE.

**CONTINUATION SHEET**

**CONTINUATION SHEET**

Los Angeles Police Department

| PAGE NO. | TYPE OF REPORT | | | | BOOKING NO. | CR NO. |
|---|---|---|---|---|---|---|
| 4 | ARREST | | | | 7967990 | 85-1506820 |

| ITEM NO. | QUAN | ARTICLE | SERIAL NO. | BRAND | MODEL NO. | MISC. DESCRIPTION (EG. COLOR, SIZE, INSCRIPTIONS, CALIBER, REVOLVER, ETC) | DOLLAR VALUE |
|---|---|---|---|---|---|---|---|

DEFT MUNTZING.

__ARREST AND BOOKING__
   DEFT WAS PLACED UNDER ARREST FOR 470 P.C. AND TRANSPORTED TO VAN NUYS STATION FOR BKG. DEFT WAS BKD AS ABOVE AT 1650 HRS.

__EVIDENCE__
   AT LOCATION OF ARREST DETS RECOVERED A BRIEF CASE CONTAINING NUMEROUS BLANK CHECKS FROM SAME SERIES AS THOSE THAT WERE ISSUED TO MS. B███████████ ALSO RECOVERED FROM BRIEFCASE WAS A YELLOW PAPER TABLET WITH AMER. EXPRESS ACCT # ███████████OOD WRITTEN ON TOP MARGIN. ITEMS WERE BKD EVID AT VNY, PROP, SAME DR.

__ADDITIONAL__
   A CHECK WITH AMERICAN EXPRESS DISCLOSED NO ACCOUNT FOR NATIONAL PROMOTIONS IN COLORADO.

__WITS__
W#1 V█████, L██ ████████████████████
                UNIVERSAL CITY, 91608  ████ 2500
                (SECURITY DIRECTOR - SHERATON)

W#2 R█████, J██ ███████████████████
                LOS ANGELES, 90071  ████ 7183
                (SECURITY AGENT - AMERICAN EXPRESS)

W#3 S██████, T██  ADDRESS SAME AS WIT#1
                (DESK CLERK AT SHERATON)

W#4 B████████, C█████ ████████████████
                W. HOLLYWOOD,  ████-7111
                (PLUNKET KEYS STORE EMPLOYEE)

W#5 P███████, J, C███████,  ████████
                ████████, ATLANTA, GA. 30303 ████0700
                (ACCT. HOLDER)

CONTINUE ON REVERSE SIDE.        CONTINUATION SHEET        15 UG 0112-721