# 11408065

**CALIFORNIA DEPARTMENT OF JUSTICE**
**DISPOSITION OF ARREST AND COURT ACTION**

## A. LAW ENFORCEMENT INFORMATION

**ARRESTING/BOOKING AGENCY:** BEVERLY HILLS POLICE DEPARTMENT

| BOOKING NO. | LOCAL NO. (OCA) | POB |
|---|---|---|
| 0608960 | | |

**NAME (LAST, FIRST, MIDDLE):** [REDACTED], Karen Marie

| SEX | DESCENT | HGT | WGT | EYES | HAIR | DATE OF BIRTH |
|---|---|---|---|---|---|---|
| | | 508 | 130 | | | [REDACTED] |

| ARREST DATE | WARRANT NO. | CHARGE 1 (SEC., CODE) | TYPE F/M | CHARGE 2 (SEC., CODE) | TYPE F/M |
|---|---|---|---|---|---|
| 11/16/85 | | 487.3PC-GTA | M | | |

| CHARGE 3 (SEC., CODE) | TYPE F/M | CHARGE 4 (SEC., CODE) | TYPE F/M | REMARKS: |
|---|---|---|---|---|
| | | | | |

**REASON FOR RELEASE:**
- ○ 849B (3) PC
- ○ 849B (1) PC
- *If 849B (1) PC, please check one of the following:*
- ○ COMPL. REFUSES TO PROS.    ○ ADMISS. EVID. INSUFF.
- ○ ARRESTEE EXON.    ○ ASCERT. EVID. INSUFF.
- ○ FURTHER INVEST.
- ○ RELEASED TO OTHER AGENCY _____
- ○ OTHER

**RELEASE DATE:**

**I.D. NUMBERS:**
- CII NO. 07387757
- FBI NO.
- S.S. NO. [REDACTED]
- D.L. NO. [REDACTED]

## B. PROSECUTION

| DATE | ○ 849.5 PC | REASON FOR REJECTION |
|---|---|---|
| | | CHARGE 1 | CHARGE 2 | CHARGE 3 | CHARGE 4 |

## C. COURT INFORMATION

| DATE FILED | FILE NO. | CONSOLIDATED FILE NO. | L.C. JUD. DIST. NO. |
|---|---|---|---|
| | | | S.C. JUD. DIST. NO. |

**TYPE OF FILING:** ○ INFORMATION  ● CERTIFICATION  ○ INDICTMENT

| TYPE FILING F/M | FIRST PLEA NG/NG-1/G/NOLO | FINAL PLEA | DISPOSITION ACQ/DIS/CRT JUV/HTA/CRT SC/CONV | DATE | TYPE DISPO F/M | CHARGES AT DISPOSITION SECTION AND CODE | DEG | PRIO |
|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

**DATE OF SENTENCE:** **TRUE NAME:**

**TYPE OF TRIAL:** ○ JURY  ○ COURT  ○ TRANSCRIPT
○ FINDING/VERDICT OF NOT GUILTY-INSANE

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|---|---|---|---|---|---|---|---|---|
| CYA | | | | | | | | |
| JAIL | | | | | | | | |
| FINE | | | | | | | | |
| RESTITUTION | | | | | | | | |
| OTHER | | | | | | | | |
| PROBATION | 17 PC | | 17 PC | | 17 PC | | 17 PC | |
| PRISON | SUS | | | | | | | |
| NOTES: | | | | | | | | |
| REMARKS: | | | | | | | | |

| | DATE | | | | | |
|---|---|---|---|---|---|---|
| **D. PROCEEDINGS SUSPENDED** | | ○ BW<br>○ APPEAL<br>○ 1000 PC | ○ CRC 3050 WIC<br>○ CRC 3051 WIC<br>○ NON-STAT DIVERSION | ○ 1203.03 PC<br>○ MISTRIAL<br>○ OTHER | ○ 1370 PC<br>○ 1026 PC<br>○ MDSO | ○ ST. HOSP.<br>○ CO. MENTAL |
| **E. REOPEN OR RETRIAL AFTER** | DATE | ○ BW<br>○ APPEAL<br>○ 1000 PC | ○ CRC<br>○ 1170 PC<br>○ NON-STAT DIVERSION | ○ 1203.03 PC<br>○ MISTRIAL<br>○ HUNG JURY | ○ 1370 PC<br>○ 1026 PC<br>○ MDSO | ○ CYA<br>○ JUV CRT<br>○ LOWER CRT<br>○ OTHER |
| **F. SUBSEQUENT ACTION** | DATE | PROBATION | | ○ VIOLATED<br>○ 1203.9 PC<br>MODIFIED TO: ___ MOS. ___ DS JAIL ___ FINE | ○ REVOKED<br>○ 1203.3 PC | ○ REINSTATED<br>○ EXPIRED |
| | DATE | CONVICTION SET ASIDE/REDUCED/DISMISSED | | ○ 1203.4 PC<br>○ 3200 WIC | ○ 1203.4a PC<br>○ REDUCED 17 PC | ○ 1772 WIC<br>○ OTHER |
| | DATE | RECORD SEALED | | ○ 851.7 PC<br>○ 389 WIC | ○ 851.8 PC<br>○ 781 WIC | ○ 1203.45 PC<br>○ OTHER |

*ARRESTING AGENCY COPY*                                                         JUS 8715 (Rev. 1/1/78)

# BEVERLY HILLS POLICE DEPARTMENT
## ARREST AND BOOKING FORM

- [XX] ADULT
- [ ] JUVENILE
- [ ] WARRANT

AWWS ___
WPS ___
NCIC ___
CH ___
JAI ___

| 1. BOOKING NUMBER | 2. ARRESTEE'S NAME (LAST) | (FIRST) | (MIDDLE) | 3. SOCIAL SECURITY NO. | 4. TELEPHONE |
|---|---|---|---|---|---|
| 8608968 | MUNTZING | KAREN | MARIE | ███ | 1952 |

5. ADDRESS: ███ 90292 MARINA DEL REY  
6. SEX: F  
7. OCCUPATION: COMPUTER PROGRAMER

| 8. DESCENT | 9. HAIR | 10. EYES | 11. HEIGHT | 12. WEIGHT | 13. BIRTHDATE | 14. AGE |
|---|---|---|---|---|---|---|
| W | BLN | BLU | 5-8 | 130 | ███ | 23 |

15. EMPLOYER'S NAME: NONE  
16. TELEPHONE NO.: N/A  
17. SCARS, MARKS, TATTOOS: NONE  
18. EMPLOYER'S ADDRESS: N/A  
19. BIRTHPLACE: TACOMA PK MD  
20. AKA (NICKNAME): KAREN MARIE TUCKER  
21. IN EMERGENCY NOTIFY: M___ T___  
22. ADDRESS: SAME AS # 5  
23. CHARGE: 487.3 PC (GRAND THEFT AUTO)  
24. CITY: SAME AS # 5  
25. TELE NO.: SAME AS # 4  

| 26. OPERATOR'S LICENSE NUMBER | STATE | 27. LOCATION OF ARREST |
|---|---|---|
| ███4154 | CAL ID | MARINA DEL REY ███ |

| 28. DATE AND TIME ARRESTED | 29. TIME BOOKED | 30. TOTAL BAIL | 31. AD. CHG. | 32. DISEASE |
|---|---|---|---|---|
| 11-18-86 | 1120 | NONE | YES | [X] NO |

33. VEHICLE LICENSE NO.: NONE  
35. SPECIAL MEDICAL PROBLEMS: 2 MO PREGNANT  
36. VEHICLE DISPOSITION: N/A

38. CLOTHING: WHT SWEATER, BLK PANTS, WHT TENNIS SHOES WHT SOCKS  
39. PROPERTY: COINS, BRN PURSE, MISC PAPERS, WALLET, ADDRESS BOOK, CHECK BOOK, 12 KEYS  
40. CURRENCY: $ 189.00  
41. JEWELRY: WHT WATCH (TIMEX) Y/M RING WITH WHT STONES

42. EVIDENCE LOCATION: 10  
43. PROPERTY LOCATION #: 855  
44. ARRESTEE'S SIGNATURE: Karen Marie Muntzing

51. ADD. CHARGE: PAROLE HOLD

19 NOV 1986 15 — 53

- [X] F/PS MAILED
- [X] DISPO
- [X] CHIEF
- [X] DETS
- [X] JAIL STZL
- [ ] T/C
- [ ] C/ATT
- [X] # FILE
- [ ] TOTAL

PAGE 1 OF 4

| 52. ARRESTING OFFICER | 53. SEARCHING OFFICER | 54. APPROVING SUPERVISOR |
|---|---|---|
| #363-33834/S #405- | #363-33834 | Sgt. E___ #312 |

55. REASON FOR RELEASE: 82772  487.3A  DISPO-11

- [ ] CITATION #
- [ ] RELEASE TO OTHER AGENCY: SB1 - Transported by Lightfoot & Krueger
- [ ] 849(B)
- [ ] BAIL RECEIPT #
- [ ] OTHER
- DATE OF APPEARANCE: BHMC 11-20-86

FORM NO. 002 12/82

8608968

```
AGE  001
    BVHP      FROM: CLETS                         11/15/56  13:50:13
 7  BVH AD
J1865 1349 PST
BEVERLY HILLS POLICE DEPT
ASO LA CO JAIL INC/AD

E: MUNTZING, KAREN           AKA:TUCKER, KAREN
PRISON NO: A-21854      BKG NO: P60 8965      DOB: [REDACTED]
HIS IS AUTHORIZATION FOR DETAINING AGENCY, BEVERLY HILL P.D.
ND ANY PEACE OFFICER IN THE STATE OF CALIFORNIA TO ARREST AND BOOK PER:
* * * * *3056 P.C.* * * * * *AND TRANSPORT TO L.A. MAIN COUNTY JAIL.
TH: AGENT MAZIQUE            #2587            NO HOLLYWOOD
PT OF CORR        REG.III-M)             UCL/FW
```

# BEVERLY HILLS POLICE DEPARTMENT
## CONTINUATION REPORT

NCIC/CII CA0191000

1. CASE NUMBER: 8608968

2. NARRATIVE

INCIDENT SOURCE: ON 11-14-86, I/O WAS CONTACTED BY SGT. T. E[REDACTED] #312, REGARDING A GTA INVESTIGATION #8608628/29. SGT. E[REDACTED] INFORMED I/O THAT ONE OF THE STOLEN VEHICLES INVOLVED IN THIS CASE WAS RECOVERED AND A SUSPECT, M[REDACTED] C. T[REDACTED], WAS ARRESTED AFTER HE TOLD BHPD OFFICERS THAT HE WAS RENTING THE STOLEN VEHICLE, AN '86 DODGE 600, CA. LIC. PLATE [REDACTED]. IT SHOULD BE NOTED THAT THE NAME OF M[REDACTED] T[REDACTED] WAS GIVEN BY THE SUSPECT FEMALE CALLER TO ENTERPRISE RENT A CAR AS A DRIVER WHO WAS TO PICK UP THE VEHICLE FOR MOTOWN RECORDS AT A PRE-DISCUSSED LOCATION. THIS INFORMATION IS SO INDICATED ON THE ORIGINAL CRIME REPORT.

SGT. E[REDACTED] FURTHER STATED THAT DURING AN INTERVIEW WITH T[REDACTED] UNDER MIRANDA, T[REDACTED] HAD SAID THAT HIS WIFE, KAREN MUNTZING, A 23 YR. OLD, W/F WAS THE PERSON WHO RENTED THE CAR FOR HIM. SGT. E[REDACTED] CONTACTED MUNTZING VIA LANDLINE AT A PHONE # THAT SUSPECT T[REDACTED] PROVIDED THE SGT.

MUNTZING TOLD SGT. E[REDACTED] DURING THIS CONVERSATION THAT THE OTHER OUTSTANDING STOLEN VEHICLE INVOLVED IN THE GTA INVEST. WAS LOCATED IN CLOSE PROXIMITY TO HER RESIDENCE AT [REDACTED] [REDACTED] IN MARINA DEL REY. MUNTZING SPECIFICALLY TOLD SGT. E[REDACTED] THAT THE VEH. WOULD BE LOCATED IN THE PARKING LOT OF THE ISLAND'S RESTAURANT.

INVESTIGATION: I/O'S RESPONDED TO THE AREA ON 11-14-86 AND LOCATED AN "ISLANDS RESTAURANT" AT 404 W. WASHINGTON ST. (CORNER OF VIA MARINA AND WASHINGTON ST.) AND RECOVERED THE STOLEN VEH. INVOLVED IN THIS INVESTIGATION, AN '86 CHRYLSER 5TH AVENUE, CA LIC # [REDACTED] FROM A PARKING LOT LOCATED TO THE REAR OF THE RESTAURANT.

I/O'S THEN CONTACTED A FEMALE AT [REDACTED] WHO INITIALLY IDENTIFIED HERSELF AS KAREN TUCKER DOB: [REDACTED]. TUCKER STATED SHE HAD NO IDENTIFICATION AND WAS M[REDACTED] T[REDACTED]'S WIFE. I/O'S INQUIRED AS TO HOW SHE HAD KNOWLEDGE OF THE LOCATION OF THE '86 CHRYSLER 5TH AVE., A STOLEN VEHICLE. TUCKER INDICATED THAT SHE RECEIVED THE INFORMATION DURING A PHONE CALL WITH A SUBJECT BY THE NAME OF A[REDACTED] A[REDACTED] AND DID NOT KNOW THE CAR WAS STOLEN AND DENIED EVER DRIVING IT. I/O'S THEN

3. RECORDING/REPORTING OFFICER(S): H[REDACTED] #363/S[REDACTED] #405
4. SUPERVISOR APPROVING: E[REDACTED] 312

PAGE 2 OF 4    X NARRATIVE CONT'D

PD-05

# BEVERLY HILLS POLICE DEPARTMENT
## CONTINUATION REPORT

NCIC/CII CA0191000

1. CASE NUMBER: 8608968



2. NARRATIVE

LEFT THE LOCATION AFTER DECIDING TO CONDUCT FURTHER INVESTIGATION.

ON 11-17-86, WHILE CHECKING THE JDIC COMPUTER FOR KAREN MUNTZING, 23 YRS. OLD, I/O LEARNED THAT A SUBJECT EXISTED WITH THAT NAME AND A DOB OF ▓▓▓▓ MAKING HER 23 YRS. OLD. THE PHYSICAL DESCRIPTION ON THE CLETS TELETYPE FOR A CALIF. INDEX CARD INDICATED A FEMALE, BLN/BLU 5-8, 130. I/O'S RECALLED THAT THIS DESCRIPTION ALSO FIT THAT OF THE PERSON WHO IDENTIFIED HERSELF AS KAREN TUCKER, DOB: ▓▓▓▓. FURTHER INFORMATION FROM CLETS INDICATED THAT KAREN MUNTZING DOB: ▓▓▓▓ HAD A CRIMINAL HISTORY, CII ▓▓▓7757 AND WAS CURRENTLY ON PAROLE FOR FORGERY.

BELIEVING THAT KAREN TUCKER AND KAREN MUNTZING WERE ONE AND THE SAME AND THAT SHE WAS POSSIBLY TRYING TO CONCEAL THE FACT THAT SHE WAS ON PAROLE FROM I/O, I/O CONTACTED MUNTZING'S PAROLE AGENT, M▓▓▓ M▓▓▓ AT THE NORTH HOLLYWOOD PAROLE OFFICE ▓▓▓▓ 2522. AGENT M▓▓▓ INFORMED I/O THAT MUNTZING HAS NOT CONTACTED HER SINCE HER RELEASE FROM PRISON IN MAY, 1986 AND SHE DOES NOT HAVE A VALID ADDRESS FOR MUNTZING AT THIS TIME. I/O ASKED M▓▓▓ IF THERE WAS ANY INDICATION THAT MUNTZING WAS PREGNANT AT THE TIME OF HER RELEASE TO PAROLE IN MAY, 1986. I/O ASKED THIS AS KAREN TUCKER HAD A 2 MONTH OLD BABY AT HER RESIDENCE AT ▓▓▓▓▓▓▓▓▓▓▓▓ WHICH SHE HAD TOLD I/O AT THE TIME OF THE INITIAL CONTACT WAS HERS AND THAT SHE HAD GIVEN BIRTH TO THE GIRL IN SEPTEMBER, 1986. M▓▓▓ STATED THAT HER FILES DID INDICATE THAT MUNTZING WAS PREGNANT AT THE TIME OF HER RELEASE FROM PRISON. M▓▓▓ ALSO STATED THAT SHE WANTED MUNTZING TAKEN INTO CUSTODY FOR THE PAROLE VIOLATION IF I/O'S WERE SUCCESSFUL IN CONTACTING HER. THESE FACTS FURTHER HEIGHTENED I/O'S SUSPICIONS THAT KAREN TUCKER WAS ATTEMPTING TO CONCEAL HER TRUE IDENTITY.

ARREST: ON 11-18-86, I/O'S S▓▓▓, H▓▓▓ AND K▓▓▓ RESPONDED TO ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I/O KNOCKED ON THE DOOR AND KAREN TUCKER ANSWERED THE DOOR. I/O IDENTIFIED HERSELF AND TUCKER ACTED AS THOUGH SHE RECOGNIZED I/O AND INVITED I/O INTO HER APT. AT THAT TIME I/O ASKED HER WHEN SHE HAD LAST TALKED TO HER PAROLE AGENT. SHE APPEARED TO HAVE SWALLOWED

3. RECORDING/REPORTING OFFICER(S): H▓▓▓ #363 / S▓▓▓ #405

4. SUPERVISOR APPROVING: ▓▓▓▓

PAGE 3 OF 4   X NARRATIVE CONT'D

PD-05

# BEVERLY HILLS POLICE DEPARTMENT
## CONTINUATION REPORT

NCIC/CII CA0191000

1. CASE NUMBER: 8608968



2. NARRATIVE

ARREST CONT: HARD AND BECOME QUITE NERVOUS. SHE REPLIED, "I'M... I'M.... NOT ON PAROLE." I/O AGAIN REPEATED THE QUESTION, "KAREN, WHEN DID YOU LAST SEE YOUR PAROLE AGENT?" "I'M NOT ON PAROLE." SHE REPLIED A SECOND TIME. I/O THEN TOLD THE SUBJECT THAT SHE KNEW WHO SHE WAS AND THAT I/O HAD SPOKE WITH HER PAROLE AGENT THE DAY BEFORE. "KAREN" THEN SAID,"I SAW HER ABOUT A MONTH AGO." I/O THEN ASKED HER FOR HER IDENTIFICATION, SHE WENT TO A BEDROOM AND BROUGHT OUT A BURGUNDY-COLORED PURSE. SHE REMOVED A RED ITINERARY BOOK AND REMOVED A CALIFORNIA IDENTIFICATION CARD #███4154 IN THE NAME OF KAREN MARIE MUNTZING, DOB: ███ WITH A PICTURE OF THE PERSON WHO HAD PREVIOUSLY IDENTIFIED HERSELF AS KAREN TUCKER. THERE WAS OTHER PAPERS AND A BANK CARD ALSO IN THE NAME OF KAREN MARIE MUNTZING IN THE SAME ITINERARY BOOK.

I/O THEN ADVISED MUNTZING THAT SHE WAS UNDER ARREST FOR THE PAROLE VIOLATION AND SUSPICION OF GTA PC 487.3.

I/O THEN ASKED MUNTZING WHOSE NAME THE APT, ███████, WAS UNDER. MUNTZING STATED THAT THE APT. WAS IN HER NAME AND HER NAME ONLY. MUNTZING FURTHER STATED THAT SHE PAID THE RENT FOR THE APT. WHEN ASKED FOR A RECEIPT FOR THE RENT SHE HAS PAID SINCE LIVING THERE SHE INDICATED THAT SHE PROBABLY THREW IT AWAY AND ATTEMPTED TO LOCATE ONE WITHOUT SUCCESS. I/O THEN ASKED IF SHE HAD ANY TELEPHONE BILLS THERE AND SHE LOCATED A COUPLE IN HER BEDROOM AND GAVE THEM TO I/O AT I/O'S REQUEST. MUNTZING WAS ALSO ASKED IF I/O'S COULD SEARCH THE APARTMENT AND MUNTZING GAVE HER CONSENT TO SEARCH VERBALLY BY SAYING, "GO AHEAD". REFER TO FOLLOW-UP FOR DETAILS OF THAT SEARCH.

MUNTZING WAS THEN TRANSPORTED TO BHPD FOR BOOKING.

AGENT M█████ WAS THEN INFORMED THAT MUNTZING WAS IN CUSTODY AND SHE PLACED THE PAROLE HOLD ON THE SUBJECT.

3. RECORDING/REPORTING OFFICER(S): H█████ #363/S█████ #403
4. SUPERVISOR APPROVING: ███

PAGE 4 OF 4   ☐ NARRATIVE CONT'D

PD-05

# BEVERLY HILLS POLICE DEPARTMENT
## VEHICLE REPORT I

NCIC/OII CA0191000

1. CASE NUMBER: 86 0 8628

2. ☒ (S/487.3) STOLEN ☐ (E/503) EMBEZZLED ☐ (LOST/STOLEN) PLATE(S)

3. DATE/TIME REPORTED: 11-4-86 1558

4. ☐ PRINTS REQUESTED UPON RECOVERY

5. LOCATION OF OCCURRENCE: A3940 [REDACTED]

6. Was neighborhood or area checked for the vehicle and/or witnesses, leads, clues? If "Yes," explain in Remarks or on separate sheet(s). ☐YES ☒NO

SUBJECT CODES: V-VICTIM W-WITNESS R-REPORTING PARTY P-PARTY INVOLVED O-REGISTERED OWNER L-LEGAL OWNER

7. OCCURRED FROM Mo./Day/Yr.: 9-12-86
8. TIME: 1735
9. DAY: FRI
10. OCCURRED TO Mo./Day/Yr.: 10-31-86
11. TIME: UNK
12. DAY: TUES

13. NAME (LAST, FIRST, MIDDLE, GEN): ENTERPRISE RENT-A-CAR
14. CODE: V

28. BUSINESS ADDRESS: A3940 265 N. R[REDACTED] / BH, CA, 90211 [REDACTED]3514

35. OCCUPATION/TYPE BUS.: CAR RENTAL

## DESCRIPTION AND OWNERSHIP

37. LICENSE NUMBER(S): [REDACTED]K848 ☒TWO
38. MONTH/YEAR: 7/87
39. ST: CA
40. YEAR: 86
41. MAKE: CHRY
42. MODEL: 5th AVE
43. BODY TYPE: 4DR
44. COLOR (TOP/BOTTOM): WHT/WHT

45. VEHICLE IDENTIFICATION NUMBER (VIN): [REDACTED]9233
47. TRANSM. TYPE: AUTO
48. VALUE: $15,000.00

49. IDENTIFYING MARKS, DAMAGE, INTERIOR:
WHT. LANDAU VINYL TOP, UNKNOWN INTERIOR COLOR

50. REGISTERED OWNER: ENTERPRISE LSG CO.
56. LEGAL OWNER: MERCANTILE TR. CO.

51. ADDRESS: E [REDACTED] 17210 S. MAIN ST. / CARSON CA. 90749
57. ADDRESS: E [REDACTED] 35 HUNTER AVE / ST. LOUIS MO. UNK

62. LAST DRIVER OF VEHICLE: UNKNOWN

## CONDITION AND INVENTORY

| ITEMS | YES | NO | ITEMS | YES | NO | ITEMS | IDENTIFICATION NUMBER | OTHER ITEMS |
|---|---|---|---|---|---|---|---|---|
| PAYMENTS CURRENT? | X | | RADIO (am/fm) | | X | CAMPER* | | |
| DOORS LOCKED? | | X | TAPE DECK | UNK | | CARGO* | | |
| IGNITION LOCKED? | | X | OTHER RADIO(S)* | | X | VESSEL AS LOAD* | | |
| KEYS IN VEHICLE? | | X | SPECIAL WHEELS* | UNK | | FIREARMS* | | |

74. REMARKS:

"SEE SUPPLEMENT"

75. RECORDING/REPORTING OFFICER(S): H[REDACTED]

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct. ☒ NARRATIVE CONT'D

76. ID #(S): 392 / 41685
77. DIV: 01
DATE: 11-4-86
79. SUSP. INFO: ☒YES ☐NO

SPECIAL INSTRUCTIONS TO RECORDS: REQUEST ENTRY INTO SVS 487.3A

COPIES TO:
- 1 CHIEF
- 2 DETECTIVES
- 1 CRIME PREVENTION
- CII
- 1 SPECIAL PROBLEMS
- CRT LIAISON
- PACKET
- IDENTIFICATION
- OUTSIDE AGENCY
- TRAFFIC
- OTHER

ROUTED: [signature]

PAGE 1 OF 8

80. SUPERVISOR APPROVING: Sgt. E[REDACTED]
81. DATE: 11-13-86
82. TIME: 1022

# BEVERLY HILLS POLICE DEPARTMENT
## ADDITIONAL NAMES (GENERAL)

NCIC/OII CA0191000

SUBJ. CODES: V-VICTIM G-PARENT/GUARDIAN W-WITNESS R-REPORTING PARTY P-PARTY INVOLVED

1. CASE NUMBER: 8608628/8629

| Field | Person 1 | Person 2 |
|---|---|---|
| Name | W███ G███ R███ | G███, L███ A███ |
| Code | R | W |
| Age | 27 | 23 |
| Sex | M | F |
| Race | W | W |
| Hgt | 6-0 | 5-7 |
| Wgt | 175 | 135 |
| Hair | RED | BRN |
| Eyes | GRN | HZL |
| Residence City | STUDIO CITY | TORRANCE |
| ST | CA | CA |
| Zip | 91604 | 90503 |
| Res. Phone | ███-9684 | ███-0050 |
| Business City | B.H. | B.H. |
| ST | CA | CA |
| Zip | 90211 | 90211 |
| Bus Phone | ███-3514 | ███-3514 |
| Operator Lic # | A13490 ███2818 | A13410 ███9502 |
| ST | CA | CA |
| Occupation | MGR. | RENTAL REP |

146. RECORDING/REPORTING OFFICER(S): H███ 392/41685
147. SUPERVISOR APPROVING: E███ -312
PAGE 2 OF 8

PD-02

## BEVERLY HILLS POLICE DEPARTMENT
### CONTINUATION REPORT

NCIC/CII CA0191000

1. CASE NUMBER: 8608628/8629

2. NARRATIVE

SOURCE: I/O REC'D. R/C TO TAKE A POSS. GTA REPORT AT ■■■ ■■■ (ENTERPRISE RENT-A-CAR), ON TUES. 11-4-86, 1830 HRS.

INVESTIGATION: I/O CONTACTED R(■■■), MGR. OF V, WHO ADVISED THAT ON FRI. 9-12-86, 1735 HRS (CASE #8608628) + TUES. 10-21-86, 1754 HRS (REFERING TO CASE #8608629), UNKNOWN SUSPECT MANAGED TO OBTAIN BY PHONE, A 1986 CHRYSLER FIFTH AVE AND A 1986 DODGE 600 CONVERTIBLE (SEE FACE SHEETS FOR FURTHER DETAIL).

I/O WAS THEN CONTACTED BY W(G■■■), RENTAL REP. OF V, WHO TOOK THE CALL FROM S, DESCRIBED AS A YOUNG BLK FEMALE VOICE. W STATED THAT S FIRST CONTACTED THE RENTAL AGENCY ON A FRI. 9-12-86, STATING THAT HER NAME WAS MISS AUSTIN, EMPLOYED BY MOTOWN RECORDS, AND ASKED WHAT TYPE OF CARS THE COMPANY HAD AVAILABLE. W STATED THAT SHE WANTED TO KNOW IF THEY HAD A CAD. CONV., BUT WHEN S WAS ADVISED THAT THE CO. DID NOT HAVE SUCH A VEH. AVAILABLE, S REQUESTED THE CHRYSLER 5TH AVE, THAT W SUGGESTED. S ADVISED THAT THE CAR WAS FOR MOTOWN SINGING ARTIST, J■■■ J■■■, WHO WAS STAYING AT THE BELAGE HOTEL, LOCATED AT ■■■ ■■■, L.A.. S REQUESTED THAT THE VEH. BE DELIVERED TO THE HOTEL AND THE KEYS LEFT AT THE FRONT DESK. S ADVISED THAT A M. T■■■ WOULD PICK UP THE VEH. FOR MR. J■■■. W STATED THAT S GAVE HER, MOTOWNS ADDRESS, AS BEING ■■■ ■■■, L.A. 90069, AND THE PHONE #'S WHERE SHE CAN BE REACHED. S ALSO GAVE M. T■■■ CDL# AS ■■■7872 (SEE INVOICE #89404) ATTACHED TO REPORT. W STATED THAT S WANTED THE RENTAL PAYMENTS TO BE BILLED TO MOTOWN RECORDS ON A MONTHLY BASIS USING PURCHASE ORDER #■■■6155. W ADVISED THAT AFTER HANGING UP THE PHONE WITH S, SHE RECONTACTED THE NUMBER GIVEN HER BY S, W STATED THAT THE

3. RECORDING/REPORTING OFFICER(S): H■■■
4. SUPERVISOR APPROVING: ■■■

PAGE 3 OF 8   X NARRATIVE CONT'D

PD-05

## BEVERLY HILLS POLICE DEPARTMENT
### CONTINUATION REPORT

NCIC/ORI CA0191000

**1. CASE NUMBER:** 8608628/8629

**2. NARRATIVE**

CONT.: PARTY AT THE OTHER END OF PHONE ANSWERED, MOTOWN RECORDS, AND PUT W ON HOLD. W STATED THAT MISS AUSTIN DID ANSWER THE PHONE AGAIN WHICH INDICATED TO W THAT THE RENTAL AGREEMENT WAS LEGIT. W ADVISED THAT THE CHRYSLER WAS EVENTUALLY DELIVERED TO THE BELAGE HOTEL, AND THE KEYS LEFT AT FRONT DESK WITH HOTEL CLERK.

W STATED THAT ON 10-20-86, SHE REC'D A CALL FROM S, AGAIN WANTING TO RENT A CAR AND HAVE THE VEH. DELIVERED TO THE TOM BRADLEY BLD., ███████████████████████ BUT DUE TO THE TIME OF DAY AND SHORTAGE OF DRIVERS, WERE UNABLE TO DELIVER VEH.. W STATED THAT SHE RECONTACTED S (A████) THE NEXT DAY, HOWEVER S HAD STATED THAT SHE HAD ALREADY RENTED A CAR FROM BUDGET.

W ADVISED THAT ON 10-21-86 (CASE # 8608629), SHE RECEIVED A CALL FROM MISS AUSTIN STATING THAT SHE WAS IN SAN DIEGO AND WAS NOT SATISFIED WITH BUDGET RENT-A-CAR. S ADVISED THAT SHE NEEDED A CAR FOR MOTOWN ARTIST, T. L████, WHO WAS ARRIVING IN L.A. IN A FEW DAYS. S ADVISED THAT SHE WANTED THE VEH. DELIVERED TO L.A.X. AIRPORT, WHERE M██ T██ AGAIN WOULD ARRANGE TO PICK UP VEH.. W ADVISED S THAT V. DELIVERS THEIR CARS TO THE CAR BARN, ██████████████████ # █-0500, WHERE TUCKER WOULD HAVE TO PICK UP VEH.. S AGREED TO LOCATION, REQUESTING SAME PAYMENT ARRANGEMENTS TO MOTOWN RECORDS. THIS TIME, W STATED SHE HAD S GIVE HER A CREDIT CARD #. S GAVE W A MASTERCARD #████████0009, EXPIRES ██. W ADVISED THAT SHE IMMEDIATELY CALLED M/C TO CONFIRM CARD, AND WAS GIVEN AN AUTHORIZATION.

W STATED THAT IT WASN'T UNTIL 10-31-86, WHEN W AGAIN RAN THE CREDIT CARD GIVEN BY S, AND THIS TIME THE CREDIT CARD

**3. RECORDING/REPORTING OFFICER(S):** H████ 392/4165
**4. SUPERVISOR APPROVING:** ████

PAGE 4 OF 8   ☒ NARRATIVE CONT'D

PD-05

# BEVERLY HILLS POLICE DEPARTMENT
## CONTINUATION REPORT

NCIC/CII CA0191000

**1. CASE NUMBER:** 8608628/8629

**2. NARRATIVE**

CONT: COMPANY HAD PLACED A HOLD ON THE CARD. W ADVISED SHE CONTACTED THE CREDIT CARD CO, RE: THE HOLD ON THE CARD, BUT REC'D. LITTLE SATISFACTION TO HER QUESTIONS. W STATED SHE BEGAN TO CALL S (AUSTIN) ON THE PHONE, BUT THE # SHE WAS GIVEN BY S, WOULD NEVER ANSWER. W THEN DIALED 411 (INFORMATION) FOR MOTOWN RECORDS, AND WAS GIVEN A COMPLETELY DIFFERENT # THAN S'S #. W ASKED FOR MISS AUSTIN, AND WAS ADVISED THAT NO ONE BY THAT NAME WORKED FOR MOTOWN RECORDS. W THEN ASKED ABOUT ARTIST J[redacted] & C[redacted], AND WAS ADVISED THAT NEITHER ARTIST ARE WITH MOTOWN, BUT WITH A+M LABEL. W THEN CALLED THE A+M LABEL THINKING THAT POSSIBLY SHE MAY HAVE MISUNDERSTOOD S (AUSTIN) FOR WHOM SHE WORKED FOR. A+M RECORDS NEVER HEARD OF S (AUSTIN), AND DID NOT AUTHORIZE SUCH A CONTRACT.

I/O THEN HAD RECORDS RUN THE CDL # GIVEN TO W, ON MARK TUCKER, TO SEE IF IT CAME BACK TO SUBJ. CDL DID COME BACK TO SUBJ. BUT EXPIRED ON 9-24-86. (ATTACHED TO REPORT). CDL IS NOT REPORTED AS LOST/STOLEN.

**3. RECORDING/REPORTING OFFICER(S):** M[redacted] 352/41685

**4. SUPERVISOR APPROVING:** [redacted]

PAGE 5 OF 8  ☐ NARRATIVE CONT'D

PD-05

# BEVERLY HILLS POLICE DEPARTMENT
## SUSPECT INFORMATION

NCIC/CII CA0191000

CASE NUMBER: 8608628/8629

| # | Field |
|---|---|
| 2 | NAME (LAST, FIRST, MIDDLE, GEN) |
| 3 | S # |
| 4 | AKA (LAST, FIRST, MIDDLE, GEN) |
| 5 | RESIDENCE ADDRESS / STR. NAME/S |
| 6 | APT/SUITE # |
| 6 | CITY |
| 7 | ST |
| 8 | ZIP |
| 9 | RES. PHONE # |
| 10 | BUSINESS ADDRESS / STR. NAME/S |
| | APT/SUITE # |
| 11 | CITY |
| 12 | ST |
| 13 | ZIP |
| 14 | BUS. PHONE # |
| 15 | DOB |
| 16 | AGE |
| 17 | SEX — F |
| 18 | RACE |
| 19 | HGT. |
| 20 | WGT. |
| 21 | HAIR |
| 22 | EYES |
| 23 | OPERATOR LIC. # |
| 24 | ST — ID CARD ONLY |
| 25 | OCCUPATION/TYPE BUS. |
| 26 | COMMENTS |
| 27 | ARRESTED / CASE # |

(Second suspect section 28–53 blank)

54–62: Vehicle info — blank

### 65. HAIR LENGTH
- X Unknown (1)
- Bald
- Collar
- Long
- Receding
- Shoulder
- Short
- Other

### 66. HAIR STYLE
- X Unknown (1)
- Afro/Natural
- Braided
- Bushy
- Crew Cut
- Greasy
- Military
- Pony Tail
- Processed
- Straight
- Wavy/Curly
- Wig
- Other

### 67. FACIAL HAIR
- X Unknown (1)
- Clean
- Fu Manchu
- Full Beard
- Fuzz
- Goatee
- Lower Lip
- Mustache
- Side Burns
- Unshaven
- Other

### 68. COMPLEXION
- Unknown
- Acne
- Dark
- Freckles
- Light
- Medium
- Pale
- Pocked
- Ruddy
- Tanned
- Other

### 69. GEN. APPEARANCE
- X Unknown (1)
- Conservative
- Dirty
- Disguised
- Flashy
- Good Looking
- Military
- Unkempt
- Unusual Odor
- Well Groomed
- Other

### 70. RIGHT/LEFT HANDED
- X Unknown (1)
- Right
- Left

### 73. PHYSICAL STATURE
- X Unknown (1)
- Obese
- Stocky
- Medium
- Slender
- Deformity
- Other

### 71. TATTOOS, SCARS
- X Unknown (1)
- Head/Face
- Neck
- Arms
- Hands
- Shoulder
- Chest
- Back
- Abdomen
- Legs
- Feet
- Other

### 72. HAIR TEXTURE
- X Unknown (1)
- Coarse
- Fine
- Thick
- Thinning
- Wiry
- Other

### 74. REMARKS FOR BOXES 65 THRU 73
ONLY TALKED TO SUSPECT

### 75. DEMEANOR
- Unknown
- Angry
- Apologetic
- X Calm (1)
- Disorganized
- Irritable
- Nervous
- Polite
- X Professional (1)
- Stupor
- Violent
- Other

### 76. SPEECH
- Unknown
- Accent
- Lisped
- Mumbled
- Offensive
- Quiet
- Rapid
- Slow
- Slurred
- Stuttered
- X Talkative (1)
- Other

### 77. VOICE
- Unknown
- Disguised
- High Pitch
- Loud
- Low Pitch
- Medium
- Monotone
- Nasal
- X Pleasant (1)
- Raspy
- Soft
- Other

### 78. FACE
- X Unknown (1)
- Broad
- High Cheek
- Long
- Oval
- Round
- Square
- Thin
- Other

### 79. GLASSES
- X Unknown (1)
- None
- Contacts
- Mirrored
- Plastic Frame
- Prescription
- Tinted Glass
- Wire Frame
- Other

### 80. WEAPON TYPE
- X Unknown (1)
- Brick/Rock
- Butcher Knife
- Club
- Hand Gun
- Hands/Feet
- Pocket Knife
- Rifle
- Simulated
- Shotgun
- Toy Gun
- Other

### 81. WEAPON DESCRIPTION
- Unknown
- Revolver
- Automatic
- Blue Steel
- Chrome Nickel
- Double Barrel
- Short Barrel
- Long Barrel
- Western Style
- Large Bore
- Small Bore
- Bolt Action
- Pump
- Sawed Off
- Other

### 82. FRAME COLORS
1. _____
2. _____

### 83. SUSPECT-1 CLOTHING DESCRIPTION
- X Unknown
- Cap/Hat
- Wig
- Ski Mask
- Stocking Mask
- Coat/Jacket
- Shirt/Blouse
- Pants/Skirt
- Shorts
- Dress
- Shoes
- Gloves
- Other

### 84. SUSPECT-2 CLOTHING DESCRIPTION
(all blank)

### 85. REMARKS FOR BOXES 75 THRU 84.

### 86. RECORDING/REPORTING OFFICER(S)
H████████  552/41685

### 87. SUPERVISOR APPROVING
E████████  312

PAGE 6 OF 8

# ENTERPRISE RENT-A-CAR INVOICE

**INVOICE NO.** 89404

| ORIGINAL VEHICLE | | |
|---|---|---|
| YEAR | SEP 2 1735 | |
| COLOR | White | |
| LIC. | 2843 | |
| MAKE | 5 dr | |
| UNIT # | A43865 | |
| MILEAGE IN | | |
| MILEAGE OUT | 1241 | |

**DRIVEN**

**CONDITION** (OUT/IN): R.F. DR/FDR, R.R. DR/FDR, L.F. DR/FDR, L.R. DR/FDR, HOOD/GLASS, TRUNK/SPARE, WHL COVERS

FUEL OUT: E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F
FUEL IN: E 1/8 1/4 3/8 1/2 5/8 3/4 7/8 F

**REPLACEMENT VEHICLE**

Renter info:
- ADDRESS: ████████ (redacted)
- CITY: N.Y.  STATE: N.Y.
- DRIVER'S LICENSE: ████5518  STATE: N.Y.  EXP: 1987
- COMPANY: Motown / Miss Austin
- CITY: LA  STATE: Ca  ZIP: 90069
- P.O.# 5726155

Charges:
- MILES: .22 / 57A
- HOURS @ 10.00: 100 Free/day
- DAYS @ 44.99
- D & H: 6.490
- [damage waiver] 8.95/day
- FUEL CHARGE: 1.30/gal
- TOTAL CHARGES
- LESS: REFUNDABLE EXPENSES
- NET AMOUNT
- DEPOSITS
- REFUND

**AMOUNT DUE**

| PAID BY | CHARGE | CHG CARD | CHECK | CASH |
|---|---|---|---|---|

AGREEMENT MADE THIS 12 DAY OF Sept 19 86

I WILL RETURN CAR BY: 9/23
ORIG DEPOSIT: D.B. 9/12 ██

RECEIPT FOR REFUND
DATE _____ AMT _____
RECEIVED BY X _____

ADDITIONAL INFORMATION:
#████████ -3939
10#████████ -3128 Studio
BEL AGE HOTEL -3500*
-6750

POL. OR CL #
INSD.
DATE ACC
DATE STL  TIME
TYPE CAR  WP
REPAIR SHOP
PHONE

RENTER'S SS# 32-11

**LIST OF LOCATIONS ON REVERSE**
NATIONAL RESERVATIONS TOLL FREE
1-800-325-8007
IN MISSOURI CALL
1-800-392-0248

WESTWOOD
10799 SANTA MONICA BLVD.
WEST LOS ANGELES, CA 90025
(213) 475-8738

BEVERLY HILLS
265 N. ROBERTSON
BEVERLY HILLS, CA 90211
(213) 552-9514

LA INT'L AIRPORT
8825 SEPULVEDA BLVD # B
LOS ANGELES, CA 90045
(213) 649-5400

SANTA MONICA
631 WILSHIRE BLVD.
SUITE 103
SANTA MONICA, CA 90401
(213) 395-4941

CULVER CITY
4940 S. SEPULVEDA BLVD.
CULVER CITY, CA 90230
(213) 390-9641

THIS IS YOUR ORIGINAL INVOICE. PAYMENT DUE ON RECEIPT. PLEASE INCLUDE INVOICE NO. FROM UPPER RIGHT CORNER ON YOUR CHECK. THANK YOU!

INVOICE

CC# 5608628

INVOICE NO. D220597

MILES @ .35
100 free/day
HOURS @ 12.00
DAYS @ 49.99

**ORIGINAL VEHICLE**

| | | |
|---|---|---|
| COLOR: RED | LICENSE NO: 1RVC911 | |
| MAKE: GOO Conver | STYLE/UNIT #: A44139 | |
| MILEAGE IN: | | |
| MILEAGE OUT: 3634 | | |

Oct 20 '86

COMPANY: MOTOWN
P.O. # 5821798
ATTN: Miss Austin   PHONE: [REDACTED]-6636

D & H 6.40
8.95/day
FUEL CHARGE 1.30/Gal

**CONDITION** — OUT / IN
- R.F. DR/FDR
- R.R. DR/FDR
- L.F. DR/FDR
- L.R. DR/FDR
- HOOD/GLASS
- TRUNK/SPARE
- WHL COVERS

REQUEST FOR PERMISSION FOR PERSON OTHER THAN RENTER TO DRIVE

PERMISSION GRANTED FOR VEHICLE TO LEAVE THE STATE
AUTHORIZED BY OWNER'S REPRESENTATIVE X __NO__

**NO GASOLINE REFUND — 1 DAY MINIMUM**

AGREEMENT MADE THIS 20 October 86
WILL RETURN CAR AT 12:1   ORIG DEPOSIT MC 10/20/86

ADDITIONAL INFORMATION
W# [REDACTED]-3777
W# [REDACTED]-3500

MC 4/88  52320330 9440 0009

# ENTERPRISE RENT-A-CAR
COMPANY of Los Angeles

RENTER'S SS #: 3211

| WESTWOOD | BEVERLY HILLS | LA INT'L AIRPORT |
|---|---|---|
| 10777 SANTA MONICA BLVD, WEST LOS ANGELES, CA 90025 (213) 475-8738 | 765 N. ROBERTSON, BEVERLY HILLS, CA 90211 (213) 552-3514 | 8825 SEPULVEDA BLVD # B, LOS ANGELES, CA 90045 (213) 659-5400 |
| SANTA MONICA | CULVER CITY | |
| 631 WILSHIRE BLVD, SUITE 103, SANTA MONICA, CA 90401 (213) 395-4941 | 4940 S. SEPULVEDA BLVD, CULVER CITY, CA 90230 (213) 390-9641 | |

LIST OF LOCATIONS ON REVERSE
NATIONAL RESERVATIONS TOLL FREE
1-800-325-8007
IN MISSOURI CALL 1-800-392-0248

INV. NO. D 220597

THIS IS YOUR ORIGINAL INVOICE. PAYMENT DUE ON RECEIPT. PLEASE INCLUDE INVOICE NO. FROM UPPER RIGHT CORNER ON CHECK. THANK YOU!

INVOICE

# BEVERLY HILLS POLICE DEPARTMENT
## VEHICLE REPORT II

NCIC/CII CA0191000

| Field | Value |
|---|---|
| 1. CASE NUMBER | 8608628 |
| 2. | (R) RECOVERED |
| 3. | DETECTIVE RELEASE |
| 4. DATE/TIME REPORTED | 11-14-86 1445 HRS. |
| 5. LOCATION TOWING/RECOVERED FROM | 404 W. WASHINGTON ST. |
| 6. Neighborhood checked | YES |
| 7. TOWING/STORAGE CONCERN | TOM JOHN TOWING |
| PHONE # | ███-3553 |
| 8. STORAGE ADDRESS | 2240 SAWTELLE BLVD. |

SUBJECT CODES: V-VICTIM  W-WITNESS  R-REPORTING PARTY  P-PARTY INVOLVED  O-REGISTERED OWNER  L-LEGAL OWNER

| 9. NAME | H████, M #363 |
| 10. CODE | R |
| 19. ADDRESS | A 110410 ████████ |
| 20. CITY | BEVERLY HILLS |
| 21. ST | CA |
| 22. ZIP | 90210 |
| 23. PHONE | ███-4955 |

### DESCRIPTION AND OWNERSHIP

| 24. LICENSE # | ███K848 TWO |
| 25. MONTH/YEAR | 7/87 |
| 26. ST | CA |
| 27. YEAR | 86 |
| 28. MAKE | CHEYS |
| 29. MODEL | 5TH AVE |
| 30. BODY TYPE | 4 DR |
| 31. COLOR | WHT/WHT |
| 32. VIN | ███████9232 |
| 34. VIN COMPARE W/ REG CARD | YES |
| 35. VIN ALTERED | NO |
| 36. VIN CLEAR IN SVS | NO |
| 37. LIC CLEAR IN SVS | NO |
| 38. IF STOLEN | 11-4-86 BHPD #8608628 |
| 39. VEHICLE RETURNED TO OWNER | NO |
| 40. STORAGE AUTHORITY | VC 22651(c) |
| 41. REGISTERED OWNER | ENTERPRISE LSG CO |
| 37. LEGAL OWNER | MERCANTILE TRADING CO |
| 42. ADDRESS | 17210 S. MAIN ST |
| 48. ADDRESS | 35 HUNTER AVE |
| 43. CITY | CARSON |
| 44. ST | CA |
| 45. ZIP | 90749 |
| 49. CITY | ST. LOUIS |
| 50. ST | MO |

### 53. CONDITION AND INVENTORY

ODOMETER READING: 5356
DRIVEABLE: YES
VEHICLE VALUE ESTIMATE: $4,000 or over

| CONDITION | Y/N | ITEMS | Y/N | ITEMS | Y/N | TIRES/WHEELS | COND | ITEMS | ID # |
|---|---|---|---|---|---|---|---|---|---|
| WRECKED | | SEAT (front) | X | REGISTRATION | X | LEFT FRONT | | CAMPER | |
| BURNED | | SEAT (rear) | X | ALT/GENERATOR | X | RIGHT FRONT | FAIR | CARGO | |
| VANDALIZED | | RADIO | X | BATTERY | X | LEFT REAR | | VESSEL AS LOAD | |
| ENG/TRANS STRIP | | TAPE DECK | X | DIFFERENTIAL | X | RIGHT REAR | | FIREARMS | |
| MISC PARTS STRIP | | TAPES | X | TRANSMISSION | X | SPARE(S) | YES | OTHER | |
| BODY METAL STRIP | | OTHER RADIO | X | AUTOMATIC (35%) | X | HUB CAPS (#4) | YES | | |
| VIN SWITCH | | IGNITION KEY | X | MANUAL | X | SPECIAL WHEELS | NO | | |

54. CONDITION OF VEHICLE: GOOD

58. REMARKS: I/O'S RECEIVED INFORMATION FROM SGT. T. E████ #312 THAT THE ABOVE DESCRIBED VEHICLE WAS POSSIBLY LOCATED AT THE ISLANDS RESTAURANT IN MARINA DEL REY. I/O + DET █████ NARRATIVE CONT'D

59. OFFICER ORDERING VEHICLE STORED: H████ #363
60. ID #: 363
61. DIV #: 02
63. DATE AND TIME: 11-14-86 1555

SPECIAL INSTRUCTIONS TO RECORDS: 487.3A, DISPO 10

COPIES TO: CHIEF, DETECTIVES
ROUTED BY: HMC
PAGE 1 OF 2

73. SUPERVISOR APPROVING: Sgt. ████ 54
74. DATE: 11-14-86
75. TIME: 1815

## BEVERLY HILLS POLICE DEPARTMENT
### CONTINUATION REPORT

NCIC/CII CA0191000

**1. CASE NUMBER:** 8608628

**2. NARRATIVE**

(CONT.) L▮▮▮ RESPONDED TO THE PARKING LOT OF THE ISLANDS RESTAURANT AT 404 W. WASHINGTON ST MARINA DEL REY & LOCATED THE STOLEN VEHICLE. REFER TO RELATED ARREST REPORT #8608829 SUSP- MARK TUCKER.

**3. RECORDING/REPORTING OFFICER(S):** H▮▮▮ #363 / S▮▮▮ #405

**4. SUPERVISOR APPROVING:** [signature]

PAGE 2 OF 2

PD-05