

## Columbus Living Magazine
1601 W. 5th Ave #102A, Columbus, OH 43212 (614) 750-1880
www.ColumbusLivingMag.com

### Advertiser Contract

Date: _____  Purchaser's Name: ▮▮▮▮▮
Company Name: _____
Address: _____
Phone: _____  Fax: _____  Cell: _____
Web Site: _____  Email: _____

It is agreed that ad copy will be submitted by the Purchaser (Advertiser) for publication in Columbus Living Magazine (Publisher). Said ad copy shall occupy _____ page(s) in Zone(s) _____ and shall appear in each issue in Columbus Living Magazine for a period of _____ issue(s). Said advertisement shall cost _____ per Zone plus $50.00 color scan (one time charge) plus $150.00 Art Department Charge (one time charge). Each advertiser will also receive a boxed space on our web site with a link to advertisers' web site, if applicable. The total initial cost of ad is _____ and then a total of _____ per issue. Purchaser must submit written ad copy and changes within 3 business days and no later than deadline date to **ads@columbuslivingmag.com** or immediately give rep information for ad to submit.

Purchaser agrees to pay all charges as they become due as specified in this contract. **All initial costs are due at signature** with any future issues due prior to magazine deadlines unless noted in this agreement. If ad is not paid for by deadline, ad will be placed in a future issue after money is received, and a late charge will incur. Publisher reserves the right for flexible placement and creativity of profiles. Purchaser and the Publisher agree that if they modify this agreement, submit and approve proofs of advertising by means of facsimile transmission (fax) and/or email, said fax signatures and/or emails shall have the same legal force and effect as original signatures for said purposes. Any wrong insertions, omissions, or errors, shall not terminate this agreement. If the publication or distribution of Publication is interrupted, delayed, or shortened for any reason, or if advertising ordered to be published is omitted for any reason, Publisher shall have no liability for the failure to publish the advertisement and/or its typographical errors, except to make adjustment only for the portion of the advertisement in error. Errors in advertisements produced by publisher will be credited in ad space only. No cash refunds. It is the responsibility of the Purchaser to verify the accuracy of its advertisement/ ad proof. Publisher will not accept responsibility for errors in advertisements submitted beyond published deadlines on the current deadline schedule. Errors and all credit requests must be submitted to Publisher no later than ten (10) business days after date of publication.

**Payment Agreement for this advertisement:** _____

There is a $25 late fee for all accounts not paid in full by due dates for each issue. Any checks dishonored or returned for any reason, will be charged a $40 NSF fee. Purchaser and Publisher both agree that in the event either party is in noncompliance with any provision of this Agreement, at Publisher's option, the venue for litigation purposes will be in the Franklin County Municipal Court or Franklin County Common Pleas. In no event, shall Publisher's liability to Purchaser and all others, exceed the actual amount paid to Publisher by Purchaser.

The Purchaser shall hold harmless Publisher and its agents for advertisements submitted and requested by Purchaser. Publisher shall not be responsible for errors or claims in advertisements. This Agreement shall be governed by and construed in accordance with the laws of the State of Ohio.

The undersigned and Purchaser has read and understand this agreement and agrees to all of its terms, further, Purchaser agrees that this Agreement is non-cancellable. This Agreement is the entire agreement between parties; no oral statements are included herein.

Purchaser Signature: ▮▮▮▮▮  Date: _____
Printed Name: ▮▮▮▮▮

Representative: ▮▮▮▮▮
Notes: _____

**Buckeye Business Guide**
3000 E Main St. #252
Columbus, OH 43209
(614) 441-9711, Fax: (614) 573-7411

## ADVERTISING AGREEMENT

Date _____ Purchaser's Name ████████
Company Name ████████
Address ████████
Phone ████████ Fax ████████ Cell ████████
Web Site ████████ Email ████████

| New Client | Existing Client | Insertion(s) | Zone(s) | Gift Card(s) |

It is agreed that ad copy will be submitted by the Purchaser (Advertiser) for publication in the Buckeye Business Guide (Publisher). Said ad copy shall occupy _____ page(s) plus _____ Gift Card(s) in Zone(s) _____ and shall appear in each issue in the Buckeye Business Guide for a period of _____ issue(s). Said advertisement shall cost _____ per Zone plus _____ color scan (one time charge) plus _____ Art Department Charge (one time charge) plus annual inclusion on web site for a cost of _____ for a _____ listing—for an initial total of _____ and then a total of _____ per issue.

Purchaser agrees to pay all charges as they become due as specified in this contract. All initial costs are due at signature with any future issues due prior to magazine deadlines unless noted in this agreement.
Purchaser must submit written ad copy and changes by deadline dates. Publisher reserves the right for flexible placement and creativity of gift cards. Purchaser and the Publisher agree that if they modify this agreement, submit and approve proofs of advertising by means of facsimile transmission (fax) and email, said fax signatures and emails shall have the same legal force and effect as original signatures for said purposes. Any wrong insertions, omissions, or errors, shall not terminate this agreement. If the publication or distribution of Publication is interrupted for any reason, or if advertising ordered to be published is omitted for any reason, Publisher shall have no liability for the failure to publish the advertisement and/or its typographical errors, except to make adjustment only for the portion of the advertisement in error. Errors in advertisements produced by publisher will be credited in ad space only. No cash refunds. It is the responsibility of the Purchaser to verify the accuracy of its advertisement/ ad proof. Publisher will not accept responsibility for errors in advertisements submitted beyond published deadlines on the current deadline schedule. Errors and all credit requests must be reported to Publisher no later than ten (10) business days after date of publication.

**Payment Agreement for this advertisement:** _____

There is a $15 late fee for all accounts not paid in full by due dates for each issue. Any checks dishonored or returned for any reason, will be charged a $40 NSF fee. Purchaser and Publisher both agree that in the event either party is in noncompliance with any provision of this Agreement, at Publisher's option, the venue for litigation purposes will be in the Franklin County Municipal Court or Franklin County Common Pleas. In no event, shall Publisher's liability to Purchaser and all others, exceed the actual amount paid to Publisher by Purchaser.
The Purchaser shall hold harmless Publisher and its agents for advertisements submitted and requested by Purchaser. Publisher shall not be responsible for errors or claims in advertisements. This Agreement shall be governed by and construed in accordance with the laws of the State of Ohio.
The undersigned and Purchaser has read and understand this agreement and agrees to all of its terms, further, Purchaser agrees that this Agreement is non-cancellable. This Agreement is the entire agreement between parties; no oral statements are included herein.

**Purchaser Signature** ████████ **Date** _____
**Printed Name** ████████

**Representative** ████████
**Notes** _____



## Advertiser Agreement

**Date:** 4.21.09                                **Purchaser's Name:** M███ C███
**Company Name:** M███ C███ & J███ R███ Photography
**Address** _____
**Phone:** ███ 3113                             **Fax** _____
**Website:** www.M███C███.com                   **Email:** ███████@hotmail.com
www.█████████.com                                ████████@gmail.com

| MEDIA | SPACE | TERM | PRICE |
|---|---|---|---|
| South Beach Bride Print AD | 2 Business Cards | September 09 Issue | $100 |
| South Beach Bride Show | n/a | n/a | n/a |
| South Beach Bride Web AD | Online for 2 | 6 months for 2 | included |
| | | | |
| Scan Fee: | $0 | Art Work Upload: | $0 |
| Total Due: | | | $100 |

Purchaser agrees to pay all charges as they become due as specified in this contract. **All initial costs are due at signature** with any future issues due prior to magazine deadlines unless noted in this agreement. If ad is not paid for by deadline, ad will be placed in a future issue after money is received, and a late charge will incur.
Publisher reserves the right for flexible placement and creativity of features/ads. Purchaser and the Publisher agree that if they modify this agreement, submit and approve proofs of advertising by means of facsimile transmission (fax) and/or email; said fax signatures and/or emails shall have the same legal force and effect as original signatures for said purposes. Any wrong insertions, omissions, or errors, shall not terminate this agreement. If the publication or distribution of Publication is interrupted, delayed, or shortened for any reason, or if advertising ordered to be published is omitted for any reason, Publisher shall have no liability for the failure to publish the advertisement and/or its typographical errors, except to make adjustment only for the portion of the advertisement in error. Errors in advertisements produced by publisher will be credited in ad space only. No cash refunds. It is the responsibility of the Purchaser to verify the accuracy of its advertisement/ ad proof. Publisher will not accept responsibility for errors in advertisements submitted beyond published deadlines on the current deadline schedule. Errors and all credit requests must be submitted to Publisher no later than ten (10) business days after date of publication.

**Payment Agreement for this advertisement:** There is a $25 late fee for all accounts not paid in full by due dates for each issue. Any checks dishonored or returned for any reason, will be charged a $40 NSF fee. Purchaser and Publisher both agree that in the event either party is in noncompliance with any provision of this Agreement, at Publisher's option, the venue for litigation purposes will be in the Dade County Municipal Court. In no event, shall Publisher's liability to Purchaser and all others, exceed the actual amount paid to Publisher by Purchaser.
The Purchaser shall hold harmless Publisher and its agents for advertisements submitted and requested by Purchaser. Publisher shall not be responsible for errors or claims in advertisements. This Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

The undersigned and Purchaser has read and understand this agreement and agrees to all of its terms, further, Purchaser agrees that this Agreement is non-cancelable. This Agreement is the entire agreement between parties; no oral statements are included herein.

**Purchaser Signature** _____                **Date:** 4.21.09

**Printed Name:** M███ C███

**Representative:** A███ S███ SBB, Account Executive

**Notes:** * 2 BC print ads for September Issue 09. 2 Online Ads for 6 months. Pay ½ now and ½ before September issue deadline. Price is good for 3 renewals.