# Baltimore's Wedding Planner
# Baltimore's BRIDE



Published by
**Lighthouse**
Lighthouse Media Group, Inc.
Abingdon, MD 21009
2033

## Baltimore's Bride adds value for advertisers

- **Lead List** – Advertisers receive a list of pre-qualified leads to use for marketing or direct mail efforts.
- **Website Link** – An advertiser hot link is displayed on the BaltimoresBride.com article pages.
- **Bulk Copies** – Complimentary issues are provided to any advertiser who wishes to share them with clients.
- **Editorial Coverage** – Baltimore's Bride makes every attempt to source its advertisers and feature advertiser photographs. It is best to commit to advertising as early as possible in order to meet the editorial deadlines.

## CIRCULATION

Baltimore's Bride is distributed at Baltimore's Bride Bridal Show, Baltimore's biggest and best bridal show, and through local bridal registries and bridal retail locations as well as a comprehensive mailing list of local brides. Additionally, copies are sold on newsstands throughout Baltimore. This complete distribution program assures advertisers that their advertising message in Baltimore's Bride will reach thousands of local engaged couples and their families. Total circulation is more than 15,000 per issue.

## ADVERTISING RATES

| | | |
|---|---|---|
| Business Card | 3-7/8" x 1-15/16" | $300 |
| 1/4 Page | 3-3/8" x 4-3/4" | $500 |
| 1/3 Page | 4-5/8" x 4-7/8" | $900 |
| 1/2 Page | 7" x 4-7/8" Horizontal | $1,100 |
| | 4-5/8" x 7-3/8" Vertical | |
| 2/3 Page | 4-5/8" x 10" | $1,500 |
| Full Page | | $1,800 |
| Cover 2 | 7" x 10" (8-1/8" x 10-7/8" trim) | $4,000 |
| Cover 3 | | $3,900 |
| Back Cover | | $4,200 |
| Spread | 16-1/4" x 10-7/8" | $3,100 |

*Baltimore's* **BRIDE**
*Baltimore's Finest Bridal Publication*
www.BaltimoresBride.com

## Reach your target audience when you advertise in Baltimore's BRIDE
Available in Print & Electronic Versions

Brought to Baltimore area brides by the editors of several upscale magazines, Baltimore's Bride offers practical and 100% local information about receptions, gowns, flowers, photography, music, cakes, out-of-town guests, honeymoons, invitations, rings and more. And, unlike any other Baltimore bridal magazine, every issue of Baltimore's Bride includes a Wedding Planner Workbook offering an essential outline for brides to help them plan their weddings.

Baltimore's Bride is the premier wedding resource for brides-to-be in the Baltimore area. The average wedding expenditure is more than $27,000 and Baltimore's Bride is the perfect place to capture your share of the wedding business in the Baltimore area.

### WINTER/SPRING 2009
Space Reservation Deadline: 12/29/2008
Ad Production Deadline: 1/5/2009
Delivery/On Stand: 1/29/2009

**Features:**
- Your Special Day, Step by Step
- Elegant Wedding Gowns
- Dressing the Groom
- Which Flower Are You?
- Tasty Towering Cakes
- Reception Rescue Guide
- A Memorable Honeymoon
- And much, much more!

### SUMMER/FALL 2009
Space Reservation Deadline: 5/8/2009
Ad Production Deadline: 5/15/2009
Delivery/On Stand: 6/15/2009

**Featuring:**
- Everything Needed for Your Dream Wedding!

# BRIDE
## Baltimore's Bridal Show 2009

**April 18-19, 2009**

**Baltimore Convention Center**
*Hall E, One West Pratt Street*

The Baltimore's Bride Bridal Show connects thousands of local brides to wedding experts to help plan the wedding of their dreams!

This year's bridal show offers elegant displays, demonstrations, samples, and plenty of discounts for attendees from more than 200 exhibitors of the area's most trusted wedding experts. Attendees will enjoy stunning runway fashion shows featuring top designers, plenty of food and cake tastings as well as listen to top musical performances from local musicians and talented DJ's. Baltimore's Bride Bridal Show, the largest and finest bridal show in the area, offers a fun, convenient way to reach more than 6,000 future brides and grooms along with their families and friends.

Every Bride who attends the show will receive a complimentary copy of Baltimore's Bride and can register to win wonderful gifts and prizes, including spa treatments, gorgeous jewelry, or even a honeymoon cruise, just to name a few.

### BOOTH SPACE RATES

| | |
|---|---|
| 6 x 8 | $ 699 |
| 6 x 16 | $1,229 |
| 10 x 10 | $ 899 |
| 10 x 20 | $1,629 |

*Please contact us for additional sizes and Premium Placement prices.*

*Baltimore's Bride Advertisers receive discounted booth space at our Annual Bridal Show*

---

## Baltimore's BRIDE Bridal Show
### Baltimore's Biggest and Best Bridal Show

In addition to advertising in Baltimore's Bride, complete your marketing plan with a booth at Baltimore's Bride Bridal Show at the Baltimore Convention Center in downtown Baltimore.

- More than 2,000 brides-to-be
- 200+ exhibitors
- Two lavish fashion shows

### Each Show Exhibitor Receives –

- **Furnished Exhibit Space** – Exhibit booth packages include draped back and side walls, skirted table, chairs and personalized display sign.
- **Listing in Official Show Program** – A valuable resource for the bride both during and after the show. Your listing includes your company name, telephone number and web address. Display advertising is also available.
- **Listing on BaltimoresBride.com** – Our web site puts your business in front of thousands of brides each month. Premium listings, banners and category sponsorship are available.
- **Tickets and Promotional Materials** – You'll receive 10 complimentary tickets and promotional materials which can be used to let brides know your business will be part of the show.
- **Bride Contact List** – Just a few days after the show you'll receive a comprehensive list of attending brides. Follow up with these brides to maximize your results from the show.

*For complete details, contact a Baltimore's Bride account executive today at*

2033