11/29/2010  Gmail - Bridal Expo 4th of July Special-V...



N█████ O█████ <elegantnuptials@gmail.com>

# Bridal Expo 4th of July Special-Very Few Booths Left!

████████ <j████@dreamweddingbridalexpo.com>  Wed, Jun 30, 2010 at 3:26 PM
To: elegantnuptials@gmail.com

*Dream Wedding Bridal Expo DFW*
*December 11-12, 2010*
*Gaylord Texan Hotel & Convention Center*
*Longhorn Exhibit Hall*
*1501 Gaylord Trail*
*Grapevine, Texas 76051*

*4th of July Special (must submit application by 7/2!)*

**Huge Expo with 300+ Exhibitors and 2000+ Brides**

**Extensive Marketing Plan for Expo includes:**

- **Bridals Publications and Websites**
- **Good Morning Dallas**
- **Dallas Morning News**
- **106.1 Kiss FM**
- **99.5 The Wolf**
- **Billboards**

11/29/2010                    Gmail - Bridal Expo 4th of July Special-V...

- **WFAA Channel 8**

- *Much more!*

## *Booths: (for both days!)*

*5 x  8 Grand Entrance Booth Now Available $450*
*5 x  8 Booth $500 (Only 1 left!)*
*10 x 10 Interior Booth $600 (Only 1 left!)*
*10 x 10 Corner Booth $650 (Only 1left!)*
*10 x 20 Booth $800 (Only 1 left!)*
*20 x 20 Booth $950 (Only 1 left!)*

*All potential exhibitors must fill out an application for approval!*
*For an application, click <u>APPLICATION</u>*

*Once approved, the following is included for all exhibitors:*
*Payment plans are available!*

- *Booth size of your choice as available for both Expo days.*
- *Complete Bride/Quinceanera list. (Within 5 days after expo)*
- *Standard 5 line ad in publication.*
- *Standard Hot Link on website.*
- *Standard Booth Signage (Black/White)*
- *Standard lettering in all promotional materials (dependent on sign-up date)*
- *1 Skirted Table, 4' or 8' (dependent on Booth size) with 2 chairs (White)*
- *8' high draped walls/sides (Silver)*



**Schedule:**
**Saturday, 12/11/10**
Platinum Set-up: 6am-8am
Regular Set-up:   8am-10am
Expo: 11am-8pm

**Sunday, 12/12/10**
Expo: 11am-5pm
Tear Down: 5pm-7pm

**2 Fashion Shows per Day!**

**For more information:**
**Visit our Website**
**or Call:**
**Office: 214.613.1642 or Toll Free: 800.954.5801**

11/29/2010  Gmail - Bridal Expo 4th of July Special-V...

# Floor Plan:
## Click on Floor Plan to see larger image!



My Booth (Elegant Nuptials)

© DWBE 2005 - 2010, All Rights Reserved

MAIN ENTRANCE

This message was sent from J██████ S█████ to elegantnuptials@gmail.com. It was sent from: DWBE Inc, 2911 Turtle Crk, Dallas, TX 75219. You can modify/update your subscription via the link below.

Email Marketing by
Constant Contact
try it free

To be removed click here    Forward to a friend

Application Submitted on 7/2/10



11/29/2010                             Gmail - Registration - Dream Wedding ...



N█ O█████ <elegantnuptials@gmail.com>

# Registration - Dream Wedding Bridal Expo Dallas/Ft Worth

info@dreamweddingbridalexpo.com <info@dreamweddingbridalexpo.com>         Tue, Jul 6, 2010 at 1:39 PM
Reply-To: info@dreamweddingbridalexpo.com
To: elegantnuptials@gmail.com

Dear N█ O█████,

Your registration for Dream Wedding Bridal Expo Dallas/Ft Worth is confirmed.

*eventbee*™

Transaction ID: ███████, Order Number: ███████

**When:** Saturday, December 11, 2010 from 11:00 AM to 05:00 PM
**Where:** Longhorn Exhibit Hall, 1501 Gaylord Trl Grapevine, TX, USA

**Event URL:** http://dreamwedding.eventbee.com

**Buyer Details:** N█ O█████, elegantnuptials@gmail.com

| Attendee Name | Tickets | Price ($) | Fee ($) | Discount ($) | Quantity | Total ($) |
|---|---|---|---|---|---|---|
| N█ O█████ | ███████ | 585.00 | 0.00 | 0.00 | 1 | 585.00 |

Grand Total ($): 585.00

**Refund Policy/Terms & Conditions:**
All cancellations must be received at least 60 days prior to event.

Please print this confirmation email and bring it to the event.

Thank you for registering for **Dream Wedding Bridal Expo Dallas/Ft Worth**. We look forward to seeing you at the event!

Event Manager,
Jennifer Smith
info@dreamweddingbridalexpo.com
2545632167

POWERED BY *eventbee* | Powered by Eventbee - Your Online Registration, Membership Management and Event Promotion solution. $1 FLAT fee per ticket sale, regardless of ticket price, no more % fee! Start selling tickets with Eventbee

11/29/2010                                Gmail - Order receipt from DWBE Inc ($...

                                        <elegantnuptials@gmail.com>

# Order receipt from DWBE Inc ($585.00)

**Google Checkout** <noreply@checkout.google.com>                    Tue, Jul 6, 2010 at 1:22 PM
To: elegantnuptials@gmail.com

Google checkout

Hello N███████ O███████

Thanks for buying from DWBE Inc using Google Checkout! DWBE Inc will charge and ship your order soon.

**How do I check on this order?**
Get up-to-date information about order #███████████

**Problems with this order?**
Contact DWBE Inc

**Shop confidently**

- Continue shopping at DWBE Inc.
- Search for products using Google Product Search.
- Visit our Deals Page for coupons, promotions, and more.



Order date: **Jul 6, 2010 1:22 PM CDT**
Google order number: ███████████

| Shipping Status | Qty | Item | Price |
|---|---|---|---|
| Not yet shipped | 1 | Dream Wedding Bridal Expo Dallas/Ft Worth - Event Registration Charges | $585.00 |
| | | Tax (TX) : | $0.00 |
| | | **Total:** | **$585.00** |

**Paid with:** MASTERCARD████4881
**Ship to:**
N███████ O███████
███████████████
Arlington TX 76006
UNITED STATES
Ask DWBE Inc to change this address

Need help? Visit the Google Checkout help center. Please do not reply to this message.

©2010 Google

11/29/2010          Gmail - Your order from DWBE Inc has s...

  &lt;elegantnuptials@gmail.com&gt;

# Your order from DWBE Inc has shipped ($585.00)

**Google Checkout** &lt;noreply@checkout.google.com&gt;      Tue, Jul 6, 2010 at 1:25 PM
To: elegantnuptials@gmail.com

Google checkout

**Purchased from:**
DWBE Inc
2911 Turtle Creek Blvd
Dallas TX 75219
UNITED STATES
800 954-5801
http://www.dreamweddingbridalexpo.com

**Hello Nosakhare Oyegun,**

Great news! Your order has shipped, and should arrive soon. **Carrier: Other - Tracking #:** ▓▓▓▓▓▓

Order date: **Jul 6, 2010 1:22 PM CDT**
Google order number: ▓▓▓▓▓▓

| Shipping Status | Qty | Item | Price |
|---|---|---|---|
| **Shipped** | 1 | Dream Wedding Bridal Expo Dallas/Ft Worth - Event Registration Charges | $585.00 |
| Carrier: Other - Tracking #: ▓▓▓ | | | |

            Tax (TX):    $0.00

            **Total: $585.00**

Check the status of this order anytime in your Google Checkout Account.

Have questions about this order? Contact DWBE Inc

---

Need help? Visit the Google Checkout help center. Please do not reply to this message.

©2010 Google